UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

|  |  |  |
|---|---|---|
| JAMES EVERHART | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. <u>3:22-cv-12-CRS</u> |
| | ) | |
| GUARDIAN GROUP LIFE INSURANCE | ) | |
| COMPANY aka. GROUP LIFE AND DI | ) | |
| RISK MANAGEMENT | ) | |
| | ) | |
| DEFENDANT | ) | |

## NOTICE OF REMOVAL

Defendant, The Guardian Life Insurance Company of America, incorrectly identified in the caption of the Complaint as "Guardian Group Life Insurance Company aka. Group Life and DI Risk Management," and in the body thereof as "Cigna," by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, Louisville Division, stating as follows:

1.      On May 4, 2021, the Complaint in Case No. 21-CI-02557 was filed in the Jefferson Circuit Court by Plaintiff against Guardian.  An Amended Complaint, identical to the original Complaint except for an address in the caption, was filed on July 30, 2021.  Several attempts at service through the Kentucky Secretary of State having been unsuccessful, Guardian agreed to accept service on December 10, 2021.  The Summons and Complaints, copies of which are appended hereto, constitute all process, pleadings and orders served upon Defendant to date in this action.

2.     The action is of a civil nature, involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long term disability plan established by Plaintiff's employer or former employer and funded by a group insurance policy issued by Guardian [*see* Complaint ¶¶ 6-7].

3.     This Court has original federal question jurisdiction over the action pursuant to 28 U.S.C. § 1331 inasmuch as the Complaint asserts a claim for benefits under an employee benefit plan established under and governed by the Employee Retirement Income Security Act of 1974, ("ERISA"), 29 U.S.C. §1001, *et seq*. [Complaint ¶¶ 3, 21-23, *ad damnum*].

4.     ERISA preempts state law causes of action and provides the exclusive federal remedies for the resolution of claim for benefits by employee benefit plan participants and beneficiaries.  *See* ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5.     Section 502(3) of ERISA, 29 U.S.C. § 1132(e), confers original jurisdiction upon the district courts of the United States over claims initiated by participants or beneficiaries to recover benefits due or to enforce rights under employee benefit plans subject to ERISA.

6.     Thus, Plaintiff's Complaint is an action of a civil nature founded upon a claim of right arising under the laws of the United States over which the district court of the United States is given original jurisdiction pursuant to 28 U.S.C. § 1331 and is therefore removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (b).  *See Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987).  Such a claim would be properly removable even if the defense of ERISA preemption did not appear on the face of the Complaint.  *Id.*

7.      Defendant has filed no pleadings in this action and this Notice of Removal is filed within thirty (30) days after the receipt by it of copies of the Summons and Complaint in this action.

WHEREFORE, Defendant, The Guardian Life Insurance Company of America, hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.


s/ *Michelle Turner*
Michelle Turner
Attorney for Defendant, The Guardian Life
Insurance Company of America
TURNER, KEAL & BUTTON, PLLC
10624 Meeting St., #101
Prospect, KY  40059
Phone:  (502) 426-5110
Fax:  (502) 426-5119
E-mail:  mturner@turnerkeal.com

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert A. Florio          raflorioatty@hotmail.com


s/ *Michelle Turner*
Michelle Turner
Attorney for Defendant
TURNER, KEAL & BUTTON, PLLC
10624 Meeting St., #101
Prospect, KY  40059
Phone:  (502) 426-5110
Fax:  (502) 426-5119
E-mail:  mturner@turnerkeal.com

3