UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| JAMES EVERHART | ) |
|     PLAINTIFF | ) |
| v. | ) CIVIL ACTION NO. 3:22-cv-00012-CRS |
| GUARDIAN GROUP LIFE INSURANCE COMPANY | ) |
|     DEFENDANT | ) |

## **AGREED ORDER**

Upon agreement of the parties pursuant to Local Rule 7.1(b) and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to the Complaint is extended by 14 days, to and including January 31, 2022.

Agreed to by:

| | |
|---|---|
| s/ *Robert Florio* (with permission) <br> Attorney for Plaintiff <br> 1500 Story Ave. <br> Louisville, KY 40206 <br> Phone: (502) 587-0228 ext. 127 <br> E-mail:  raflorioatty@hotmail.com | s/ *Michelle Turner* <br> Attorney for Defendant <br> TURNER, KEAL & BUTTON PLLC <br> 10624 Meeting St. #101 <br> Prospect, KY  40059 <br> Phone:  (502) 426-5110 <br> Fax:  (502) 426-5119 <br> E-mail:  mturner@turnerkeal.com |