| | |
|---|---|
| JAMES EVERHART | ) |
|     PLAINTIFF | ) |
| v. | ) CIVIL ACTION NO. 3:22-cv-00012-CRS |
| GUARDIAN GROUP LIFE INSURANCE COMPANY | ) |
|     DEFENDANT | ) |

## AGREED ORDER

Upon agreement of the parties pursuant to Local Rule 7.1(b) due to ongoing settlement negotiations that are likely to resolve this matter, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to the Complaint is extended by an additional 14 days, to and including February 14, 2022.

February 2, 2022

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

Agreed to by:

| | |
|---|---|
| s/ *Robert Florio* (with permission) | s/ *Michelle Turner* |
| Attorney for Plaintiff | Attorney for Defendant, The Guardian Life |
| 1500 Story Ave. | Insurance Company of America |
| Louisville, KY 40206 | TURNER, KEAL & BUTTON PLLC |
| Phone: (502) 587-0228 ext. 127 | 10624 Meeting St. #101 |
| E-mail: raflorioatty@hotmail.com | Prospect, KY 40059 |
| | Phone: (502) 426-5110 |
| | Fax: (502) 426-5119 |
| | E-mail: mturner@turnerkeal.com |