UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

|                          |     |                               |
|--------------------------|-----|-------------------------------|
| JAMES EVERHART           | )   |                               |
|                          | )   |                               |
| PLAINTIFF                | )   |                               |
|                          | )   |                               |
| v.                       | )   | CIVIL ACTION NO. 3:22-cv-00012- |
|                          | )   | CRS                           |
| GUARDIAN GROUP LIFE      | )   |                               |
| INSURANCE COMPANY        | )   |                               |
|                          | )   |                               |
| DEFENDANT                | )   |                               |
|                          | )   |                               |

## **AGREED ORDER**

Upon agreement of the parties pursuant to Local Rule 7.1(b) due to ongoing settlement negotiations that are likely to resolve this matter, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to the Complaint is extended by an additional 30 days, to and including March 30, 2022.

Agreed to by:

s/ _Robert Florio_ (with permission)
Attorney for Plaintiff
1500 Story Ave.
Louisville, KY 40206
Phone: (502) 587-0228 ext. 127
E-mail:  raflorioatty@hotmail.com

s/ _Michelle Turner_
Attorney for Defendant, The Guardian Life
Insurance Company of America
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY  40059
Phone:  (502) 426-5110
Fax:  (502) 426-5119
E-mail:  mturner@turnerkeal.com