UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| JAMES EVERHART | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:22-cv-00012-CRS |
| | ) |
| GUARDIAN GROUP LIFE | ) |
| INSURANCE COMPANY | ) |
| | ) |
| DEFENDANT | ) |
| | ) |

**AGREED ORDER**

Upon agreement of the parties pursuant to Local Rule 7.1(b) due to ongoing settlement negotiations that are likely to resolve this matter, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to the Complaint is extended by an additional 30 days, to and including March 30, 2022.

March 2, 2022

Charles R. Simpson III, Senior Judge
United States District Court

Agreed to by:

s/ *Robert Florio* (with permission)  
Attorney for Plaintiff  
1500 Story Ave.  
Louisville, KY 40206  
Phone: (502) 587-0228 ext. 127  
E-mail:  raflorioatty@hotmail.com

s/ *Michelle Turner*  
Attorney for Defendant, The Guardian Life Insurance Company of America  
TURNER, KEAL & BUTTON PLLC  
10624 Meeting St. #101  
Prospect, KY  40059  
Phone:  (502) 426-5110  
Fax:  (502) 426-5119  
E-mail:  mturner@turnerkeal.com