UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| JAMES EVERHART | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:22-cv-00012-CRS |
| | ) |
| GUARDIAN GROUP LIFE INSURANCE COMPANY | ) |
| | ) |
| DEFENDANT | ) |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 54.1, the undersigned counsel for Defendant, The Guardian Life Insurance Company of America, hereby notifies the Clerk that the parties have agreed to settle this matter. A Stipulation of Dismissal will be filed by counsel when the settlement agreement is finalized.

s/ *Michelle Turner*
Attorney for Defendant
TURNER, KEAL & BUTTON PLLC
10624 Meeting St. #101
Prospect, KY 40059
Phone: (502) 426-5110
E-mail: mturner@turnerkeal.com

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert A. Florio        raflorioatty@hotmail.com

s/ *Michelle Turner*